# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Alan Ziegler, Nicolas Bene, Lissette   :
Chevalier, Jose Munoz, and Efrain   :
Caban, Individually and on Behalf of   :
all Similarly Situated Persons   :
  :
       v.   :     No. 1777 C.D. 2019
  :
The City of Reading and Reading   :
Area Water Authority   :
  :
Appeal of: City of Reading   :

## PER CURIAM              O R D E R

NOW, March 1, 2021, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.